IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARRIN JAMES TIERNAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL CARRIERS,<br><br>　　　　　　Defendant. | Civil Action No.: 3:25-cv-01249-L |

**PLAINTIFF'S MOTION**
**FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

TO THE HONORABLE DISTRICT JUDGE Sam A. Lindsay, Judge Presiding:

Attorney for Plaintiff, Moshe Ovadya Boroosan ("Movant"), files this Motion respectfully requesting Leave to Proceed without Local Counsel in above-captioned matter pursuant to Local Rule 83.10(a). Local Rule 83.10(a) requires that "[a]ttorneys desiring to proceed without local counsel must obtain leave from the presiding judge." Although counsel of record for Plaintiff does not reside nor maintain its principal office in the district, counsel is readily available for any hearings scheduled in the above-styled matter.

Attorney for Plaintiff is able to fully comply with Local Rule 83.10(b), which requires that "[l]ocal counsel must be authorized to present and argue a party's position at any hearing called by the presiding judge. Local counsel must also be able to perform, on behalf of the party represented, any other duty required by the presiding judge or the local rules of this court."

The Attorney representing the Plaintiff is admitted to practice in the Northern District of Texas, is familiar with the local rules and the practices and procedures of this Court by virtue of

having appeared as counsel of record in several lawsuits filed previously in the Northern District of Texas.

Therefore, Plaintiff respectfully requests that this Court permit Plaintiff to proceed without local counsel in accordance with Local Rule 83.10(a) as the Court will not be delayed by counsel not having its principal office within the District; Defendant will not nor has it been burdened by Plaintiff's counsel not having its principal office within the District; and, Plaintiff would be unduly burdened by hiring additional counsel for this matter.

A proposed order is attached to this Motion and pursuant to the U.S. District Court for The Northern District of Texas Honorable Judge Sam A. Lindsay Specific Requirements attached will be e-mailed to chambers in Word format for the Court's consideration.

WHEREFORE, for the foregoing reasons, Movant Moshe Ovadya Boroosan attorney for Plaintiff Darrin James Tiernan, respectfully requests this Court's leave to proceed as movant without local counsel before this Court.

RESPECTFULLY SUBMITTED THIS: May 16, 2025

/s/ Moshe O. Boroosan
Moshe O. Boroosan, NY Bar No. 5429915
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 887-2926
Fax: (718) 715-1750
E: mboroosan@consumerattorneys.com

Emanuel Kataev, Esq.
*Pro Hac Vice Forthcoming*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Darrin James Tiernan*

n/a
n/a

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. A hard copy of the foregoing will be provided via process server to the following:

National Carriers, Inc.
c/o C T Corporation System
1999 Bryan Street., Suite 900
Dallas, TX 75201

**CONSUMER ATTORNEYS, PLLC**

By: */s/ Mia Kristensen*

3