IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARRIN JAMES TIERNAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL CARRIERS,<br><br>　　　　　　　Defendant. | Civil Action No.: 3:25-cv-01249-L |

**[PROPOSED] ORDER GRANTING
LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed on May 16, 2025, by Movant Moshe Ovadya Boroosan. Movant Moshe Ovadya Boroosan seeks the Court's leave to participate in this proceeding without local counsel for the reasons set forth in the Motion.

Having considered the Motion for Leave to Proceed Without Local Counsel, the Court finds it is well-taken and should be and is hereby **GRANTED**. Moshe Ovadya Boroosan is required to fulfill all local counsel requirements and abide by all local rules of this Court. The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, Moshe Ovadya Boroosan will be required to immediately obtain local counsel.

SO ORDERED on this _____ day of May 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SAM A. LINDSAY**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1