**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL CARRIERS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-1249-L-BT<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

The parties respectfully respond to this Court's Order to show cause dated January 26, 2026, concerning their failure to confer and file with the Court by November 20, 2025, a joint report setting forth the status of settlement negotiations and the specific efforts made by the parties to resolve this case.

First, the parties sincerely apologize for their mutual, inadvertent failure to meet the Court's deadline to provide the joint status report. The failure does not reflect lack of diligence in moving this matter toward resolution but merely a failure to docket or calendar the deadline and respond as directed by the Court. The parties have been following the remainder of the Court's scheduling order and, in addition to the settlement progress described below, the parties are engaged in discovery and preparing to meet the remaining deadlines set by the Court.

The parties have also been engaged in substantial and protracted discussions to try to resolve this case, which have continued to be productive and both parties are optimistic that they will be able to resolve this matter.

In or about early May 2025, prior to the instant case being commenced, Plaintiff sent Defendant a pre-litigation demand letter. On June 30, 2025, Defendant made an initial offer. On July 24, 2025, Plaintiff made a reduced demand.

On July 30, 2025, Defendant increased its offer. On August 20, 2025, Plaintiff made a further reduced demand. On October 30, 2025, Defendant once again increased its offer. On November 3, 2025, Plaintiff further reduced his demand. On December 16, 2025, Defendant increased its offer once more. On December 29, 2025, Plaintiff reduced his demand again. On January 4, 2026, Defendant increased its offer again. On January 5, 2026, Plaintiff again reduced his demand.

In addition to exchanging these offers and demands the parties have repeatedly met to discuss the merits of the claims and each party's evolving positions. The parties most recently had a substantive discussion over settlement by phone conference on February 6, 2026.

As is evident from the foregoing, the parties have been actively engaged in settlement negotiations and are currently less than $50,000.00 apart on a possible settlement of Plaintiff's individual claims.

The parties again apologize for their failure to comply with this Court's Phase I Scheduling Order dated October 15, 2025. The parties may only explain that it was an oversight. Further, while the parties may not have complied with the letter of this Court's Phase I Scheduling Order, they have certainly complied with its spirit in light of the active settlement negotiations that have taken place over the course of the last few months.

Dated: Flushing, New York
February 6, 2026

Respectfully submitted,

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Admitted pro hac vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*/s/ Moshe O. Boroosan*
Moshe O. Boroosan, NY Bar No. 5429915
**CONSUMER ATTORNEYS, PLLC**
6829 Main Street
Flushing, NY 11367-1305
Telephone: (718) 887-2926
Fax: (718) 715-1750
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Darrin James Tiernan*

*/s/ Cooper R. Page*
Cooper R. Page, #24118728
**HUSCH BLACKWELL, LLC**
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 999-6146
Fax: (214) 999-6170
Email: cooper.page@huschblackwell.com

Andrew J. Weissler, admitted *pro hac vice*
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816.983.8123
Fax: 816.983.8080
Email: aj.weissler@huschblackwell.com

*Attorney for Defendants*
*National Carriers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Mia Kristensen*