**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRI CT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>NATIONAL CARRIERS, INC.,<br><br>       Defendant. | Case No.: 3:25-cv-1249-L-BT (SAL) (RAR)<br><br>COLLECTIVE AND CLASS ACTION |

**PLAINTIFFS' PRE-DISCOVERY MOTION FOR COLLECTIVE ACTION CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiff Darrin James Tiernan, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby moves under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for court-authorized notice of this lawsuit to all similarly situated employees. Plaintiffs respectfully request that the Court enter an Order:

1. Conditionally certifying the proposed FLSA Collective;

2. Requiring National Carriers, Inc. ("Defendant") to identify all putative collective members by providing a list of their names, last known addresses, dates and location of employment, phone numbers, and email addresses in electronic and importable format within ten (10) days of the entry of the Order;

3. Authorizing Plaintiffs' proposed form of notice (**Exhibits A** & **B**) and implementing a procedure whereby the notice of Plaintiffs' FLSA claims is sent (via U.S. Mail, email, and text message) to:

1

*All current and former employees who worked for Defendant at any time during the last three years* (the "FLSA Collective").

4.   Appointing the undersigned counsel as counsel for the FLSA Collective; and

5.   Giving members of the FLSA Collective ninety (90) days to join this case, measured from the date the Court-authorized notice is sent, with one reminder email and one reminder text message sent thirty (30) days thereafter to anyone who did not respond.

The facts and legal authorities in support of this Motion are in the attached Memorandum of Law in Support, which is incorporated by reference.

Dated:      Flushing, New York
            March 27, 2026                    Respectfully submitted,

                                             **CONSUMER ATTORNEYS, PLLC**
                                             */s/ Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             *Admitted  pro hac vice*
                                             6829 Main Street
                                             Flushing, NY, 11367
                                             (718) 412-2421 (office)
                                             (718) 489-4155 (facsimile)
                                             ekataev@consumerattorneys.com

                                             */s/ Moshe O. Boroosan, Esq.*
                                             Moshe O. Boroosan, Esq.,
                                             NY Bar No. 5429915
                                             6829 Main Street
                                             Flushing, NY 11367
                                             Telephone: (718) 887-2926
                                             Fax: (718) 715-1750
                                             mboroosan@consumerattorneys.com

                                             *Attorneys for Plaintiff*
                                             *Darrin James Tiernan , on behalf of himself*
                                             *and others similarly situated*

**VIA ECF**
All counsel of record

2