# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CARRIERS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-1249-L-BT (SAL) (RAR)<br><br>COLLECTIVE AND CLASS ACTION |

## NOTICE OF RIGHT TO JOIN LAWSUIT

## THIS IS NOT A LAWSUIT AGAINST YOU

## READ THIS NOTICE CAREFULLY – YOUR LEGAL RIGHTS MAY BE AFFECTED.

TO:        All current and former employees who worked for NATIONAL CARRIERS, INC. at any time during the last three years.

RE:        LAWSUIT FOR UNPAID WAGES AND OVERTIME COMPENSATION UNDER THE FAIR LABOR STANDARDS ACT

### 1.        INTRODUCTION

This Notice is to inform you about a lawsuit in which you may be eligible to make a claim for damages under the Fair Labor Standards Act, as amended (hereinafter the "FLSA"), 29 U.S.C. §201 *et seq.*, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you are eligible and so choose.

### 2.        DESCRIPTION OF THE LAWSUIT

Plaintiff Darrin James Tiernan ("Tiernan") filed this action against National Carriers, Inc. (hereinafter, "Defendant"), individually and on behalf of all other current and former employees who worked for Defendant at any time during the last three (3) years (collectively hereinafter, "Plaintiffs").

Plaintiff alleges that Defendant failed to pay its employees wages in accordance with applicable minimum wage, as well as failed to pay overtime compensation to all employees who worked in excess of forty (40) hours per week.

### 3.        PERSONS ELIGIBLE TO RECEIVE THIS NOTICE

The United States District Court for the Northern District of Texas, Dallas Division, authorized the distribution of this Notice to:

*All current and former employees who worked for Defendant at any time during the last three (3) years* (the "FLSA Collective").

If you received this notice and fit the description above, you are eligible to join this lawsuit.

### 4.    <u>NO OPINION EXPRESSED AS TO MERITS OF LAWSUIT</u>

This Notice is meant only to provide eligible individuals information about their right to join this lawsuit if they wish. This litigation is in the early pretrial stage and no determinations of liability have been made.

Although this Notice and its contents were authorized by the Court, **the Court takes no position regarding any claims or defenses** and there is no assurance that the Court will grant any relief to the Plaintiffs in this case. The Court has not yet made any decision regarding the merits of the parties' claims or defenses.

### 5.    <u>YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT</u>

If you meet the definition for the Collective group identified in Section 3, you are eligible to participate in this lawsuit.

There is no cost to you to participate, but there is no guarantee of any recovery either. If a violation of the FLSA is proven, you will be eligible to recover damages as allowed by law.

**It is entirely your own decision whether to join this lawsuit.**

### 6.    <u>EFFECT OF JOINING THIS LAWSUIT</u>

If you choose to join this lawsuit, you will be bound by any settlement or judgment on any claim you may have under the FLSA, whether favorable or unfavorable. That means that, if the Plaintiffs win, you may be eligible to share in any monetary award; if the Plaintiffs lose, no money will be awarded, and you will not be able to file another lawsuit regarding the matters raised in this lawsuit.

While this lawsuit is proceeding, you may be required to respond under oath to written questions, to have your deposition taken under oath, to produce documents, and/or to testify in court at a trial or hearing at the United States District Courthouse in Dallas, Texas.

By joining this lawsuit, you are designating the attorneys identified in Section 7 to represent your interests. In addition, you agree that the Named Plaintiff may make decisions on your behalf regarding this lawsuit, including the manner and method of conducting the suit. If you elect to voluntarily join this lawsuit, you are designating the Named Plaintiff as your agent to make decisions on your behalf in this lawsuit and agreeing that the decisions and agreements made by the Named Plaintiff will be binding on you. Further, you will be bound by the judgment of the Court on all issues in this lawsuit, whether favorable or unfavorable.

The FLSA contains a limitations period of at least two (2) years and potentially up to three (3) years for the filing of a claim for unpaid overtime wages, after which the claim is forever barred.

The statute of limitations on your claim for unpaid overtime wages will not stop running unless you elect to submit a consent form and that form is filed with the Court. If you decide not to file Consent to Join in this Lawsuit, you should consult with your own attorney as to how the statute of limitations would apply to your claim.

7.      **NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT**

If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on any claims brought under the FLSA alleged in this lawsuit. You will retain all rights, if any, that you may have under the FLSA and may file your own lawsuit or complaint with the United States Department of Labor, subject to the time limitations set by law.

YOUR LEGAL REPRESENTATION IF YOU JOIN

If you join the lawsuit, the attorneys retained to represent the Plaintiffs and the Collective group are:

**CONSUMER ATTORNEYS PLLC**

Moshe O. Boroosan, NY Bar No. 5429915
Emanuel Kataev, Esq., admitted *pro hac vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
mboroosan@consumerattorneys.com
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Darrin James Tiernan*
*and the FLSA Collective*

If you choose to join this lawsuit, the attorneys listed above will represent you unless you obtain your own attorney to file your own case. You are not required to pay attorneys' fees or court costs at this time. If Plaintiffs prevail, Plaintiffs' counsel will seek an order requiring Defendant to pay their reasonable attorneys' fees and expenses. The Court must approve any award of attorneys' fees and/or costs.

You have the option to retain an attorney of your own choice to represent you.

8.      **HOW TO JOIN THIS LAWSUIT**

If you wish to join this lawsuit, you must complete, sign, and mail, fax, or email the enclosed Consent Form in the envelope provided to:

4

Notice Administrator name[1]
Notice Administrator e-mail
Notice Administrator phone or fax number

Your signed Consent Form must be completed and postmarked by [90 days from mailing]**, 2026,** for you to be eligible to participate in this lawsuit.

You may also submit the Consent to Join Form online by visiting the website at [Notice Administrator Website] or by scanning the QR code below:

[INSERT QR CODE]

Plaintiffs' counsel will file your completed Consent Form with the Court upon receipt. Until the Consent Form is filed with the Court, the statute of limitations ordinarily continues to run, and you will not be entitled to receive compensation for the days during which you delay sending in your Consent Form.

9.      **<u>DEADLINE</u>**

Your completed Consent Form must be postmarked by [90 days from mailing]**, 2026** in order to be eligible to participate in the lawsuit. If you have already submitted a Consent Form for this case, prior to receiving this Notice, then you do not need to submit another one at this time.

10.      **<u>NO RETALIATION PERMITTED</u>**

The FLSA prohibits employers from discriminating or retaliating against any person for filing a lawsuit, a claim for compensation, assisting or testifying in a lawsuit under the FLSA, or participating in a proceeding or exercising rights under the FLSA.  If you face retaliation for participating in or discussing this case, please contact Consumer Attorneys, PLLC.

11.      **<u>FURTHER INFORMATION</u>**

For further information about this lawsuit, you may contact Plaintiffs' counsel by mail, e-mail, phone, or text message at the address, e-mail address, and phone number listed above.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS LAWSUIT**

---

[1] Name and contact information for Notice Administrator, as well as subsequently bracketed information, will be completed after a Notice Administrator is retained.