# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CARRIERS, INC., <br><br> Defendant. | Case No.: 3:25-cv-1249-L-BT (SAL) (RAR) <br><br> COLLECTIVE AND CLASS ACTION |

*Attention all current and former employees who worked for National Carriers, Inc. at any time during the last three (3) years*: You are eligible to join a pending collective action lawsuit against **National Carriers, Inc. ("Defendant")**. You may be eligible to receive unpaid wages and overtime compensation that are owed to you. You have been sent, via U.S. mail and email (to your latest address on file with Defendant), a detailed NOTICE explaining your legal rights. It is highly recommended that you check your email and mailing address for this NOTICE and read it carefully so you can make an informed decision. If you need a copy sent to you, please contact the attorney appointed by the court to serve as counsel to the Plaintiffs' class:

**CONSUMER ATTORNEYS PLLC**

Moshe O. Boroosan, NY Bar No. 5429915
Emanuel Kataev, Esq., admitted *pro hac vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
mboroosan@consumerattorneys.com
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs
Darrin James Tiernan
and the FLSA Collective*