**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CARRIERS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-1249-L |

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant National Carriers, Inc. moves for summary judgment on all of Plaintiff Darrin James Tiernan's claims. In accordance with Local Rule 56.4, all required matters will be set forth in Defendant's Brief in Support of Defendant's Motion for Summary Judgment. Defendant respectfully requests summary judgment be granted on all of Plaintiff's claims and that Plaintiff's claims be dismissed.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Andrew J. Weissler*

Andrew J. Weissler, admitted *pro hac vice*
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816.983.8123
Fax: 816.983.8080
Email: aj.weissler@huschblackwell.com

Cooper R. Page, #24118728
HUSCH BLACKWELL, LLC
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 999-6146
Fax: (214) 999-6170
Email: cooper.page@huschblackwell.com

*Attorney for Defendants*
*National Carriers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Andrew J. Weissler*__________________