# Driver Handbook



EXHIBIT

B

## *The Elite Fleet*

NCI000001
4

NCI000002
5

# Welcome

Welcome to National Carriers. We are proud to have each and every one with us and hope you are with us for a long time to come. We think you'll find this to be a great place to work.

The reason is simple - everyone at National Carriers understands that we are only as successful as you are. If you are out there safely running up and down the highway making good money, so are we. We have the same vested interest and that is your success. If you're successful, so are we.

In the fast paced, highly variable environment that is the world of trucking, we won't always make the right decision and neither will you. But I promise you that we will work harder than anybody to make it right. That's why every door in this company is open to you. If something doesn't seem fair or right to you, Let's talk about it. After all, we can't resolve something we don't know about.

You will also learn about the Workhound tool that allows you to give us direct anonymous feedback. That feedback is reviewed weekly by the management team. Every First Friday (except, of course, during the pandemic) we hold an open Driver Forum in the Orientation room that gives you the opportunity to visit with management and get a free lunch.

But please also remember that there is nothing more important than Safety. Your Safety and the safety of the motoring public around you is our number one priority. Never sell that short. If you don't feel safe, whether it be weather, road conditions, fatigue or just not feeling good. Slow it down, get to a safe haven, shut it down and immediately communicate with us.

Thank you for being here and we look forward to a long, safe and mutually beneficial partnership

Sincerely,

Steve Gleisner

President

National Carriers Inc



NCI000003

6

NCI000004

7

# Table Of Contents

**Section 1 BlueTree HOS**........................................................................ 1

  1.1 Logging In.............................................................................. 1

  1.2 HOS (Logs)............................................................................ 1

    1.2.1 Changing Duty Status........................................................ 1

  1.3 Load Information..................................................................... 3

  1.4 Editing Logs.......................................................................... 4

    1.4.1 Editing a Duty Status......................................................... 4

    1.4.2 Adding a Duty Status......................................................... 5

  1.5 Certifying Logs....................................................................... 6

  1.6 Accepting Changes To Your Logs.................................................. 6

  1.7 Pre-Trip Inspection.................................................................. 7

  1.8 Utilizing The Split Break............................................................ 8

  1.9 ELD Manual.......................................................................... 9

**Section 2 BlueTree Macros**.................................................................. 10

  2.1 Dispatch Workflow.................................................................. 10

  2.2 Most Commonly Used Macros..................................................... 12

    2.2.1 Macro 10 PrePlan Commitment............................................ 12

    2.2.2 Macro 08 Request For Directions........................................... 12

    2.2.3 Macro 01 Arrived At Shipper............................................... 12

    2.2.4 Macro 02 Loaded Call....................................................... 13

    2.2.5 Macro 05 Arrived At Consignee............................................ 13

    2.2.6 Macro 35 Lumper Request.................................................. 13

    2.2.7 Macro 06 Empty Call........................................................ 14

    2.2.8 List of other Macros......................................................... 14

**Section 3 Paperwork**........................................................................ 15

  3.1 Trip Envelope........................................................................ 15

  3.2 Delivery Receipt..................................................................... 16

  3.3 BOL, Stamps, Stickers and Signatures............................................ 18

  3.4 Comcheks............................................................................. 19

  3.5 Transflo Express..................................................................... 20

**Section 4 Equipment**........................................................................ 22

  4.1 Reefer Units.......................................................................... 22

    4.1.1 Proper Airflow............................................................... 22

    4.1.2 Precooling Your Trailer...................................................... 22

    4.1.3 Different Reefer Units........................................................ 22

    4.1.4 Changing The Set Temperature On Thermo King......................... 23

    4.1.5 Changing The Mode Of A Thermo King................................... 24

NCI000005

4.1.6 Priming A Thermo King Reefer.................................................................. 24

4.1.7 Operating A Carrier Reefer Trailer............................................................ 25

4.2 Sliding Trailer Tandems.............................................................................. 25

4.3 Operating A Carrier APU............................................................................ 25

4.4 Operating the DClimate Electric APU......................................................... 26

**Section 5 OS&D**............................................................................................. 26

5.1 Preventing OS&D Claims............................................................................ 26

5.2 OS&D Procedure........................................................................................ 26

5.3 Delivery Receipt With OS&D...................................................................... 27

**Section 6 Reference**....................................................................................... 28

6.1 Accident Procedure..................................................................................... 28

6.2 Stop Pay..................................................................................................... 29

6.3 Detention Pay............................................................................................. 29

6.4 Layover Pay................................................................................................ 29

6.5 Hazmat Pay................................................................................................ 29

6.6 Intercity Pay............................................................................................... 29

6.7 Northeast Compensation............................................................................. 30

6.8 Tolls........................................................................................................... 30

6.9 Holiday Pay................................................................................................ 30

6.10 Home Time............................................................................................... 30

6.11 Vacation Pay............................................................................................. 30

6.12 Rider Policy............................................................................................... 30

6.13 Dog Policy................................................................................................ 30

6.14 Passenger Authorization Form................................................................... 31

6.15 Pet Addendum Form................................................................................. 32

6.16 Infinit-i Login........................................................................................... 34

6.17 Military Time Conversion......................................................................... 34

6.18 Irving Yard............................................................................................... 35

6.19 HOS Quick Reference............................................................................... 37

6.20 Tractor Washes & Trailer Washouts........................................................... 37

6.21 Referral Bonus.......................................................................................... 37

6.22 Settlements............................................................................................... 38

6.23 Cargo Security Plan................................................................................... 39

6.24 Notes........................................................................................................ 45

NCI000006

# Section 1 BlueTree HOS

## 1.1 Logging In



When you graduated from Orientation, you were given your permit book. The cover of your permit book lists your Driver ID, your BlueTree/SmartDrive PIN and your Driver Manager's name and number.

Enter your Driver ID as your user ID and the BlueTree PIN as your password

## 1.2 HOS (Logs)



To get to your HOS (logs) hit the button in the top right hand corner.

*Notice that even from the "Home Screen" you can see how many hours you have available to drive before taking a break.*

### 1.2.1 Changing Duty Status



In the top right hand corner, you will see your current duty status. To change your current status, simply tap your current duty status.



Here, you can select 3 types of duty statuses. Off-Duty, Sleeper Berth and On-Duty. If you select the On-Duty option, and then hit next, it will show you options for the type of On-Duty status.

*(Continued on next page...)*

NCI000007



You have 11 types of On-Duty statuses to choose from. Be sure to choose the status that reflects the type of work you are doing. If you are being loaded, select Load. Fueling, select Fuel.

*The use of the "On-Duty" option should only be used when the activity isn't listed as an option.*

## On-Duty Status explanations

- ON - Use this only if your activity isn't listed as an option.
- PRE - Performing a pre-trip inspection.
- POST - Performing a post-trip inspection
- LOAD - Being loaded at the shipper.
- UNLD - Being unloaded.
- FUEL - Fueling tractor or reefer.

- ACC - If you have been involved in an accident and are required to remain at the scene.
- DOTI - During an active DOT inspection.
- DRUG - While you are taking a DOT drug screen. HZMT - Performing a Hazmat tire check.
- YARD - Performing a movement while on private property that should not be considered On-Duty Driving.



If you select Off Duty then hit next...



You have 2 options. Either Off-Duty or PC (personal Conveyance)

*The use of PC should be limited and can not be used further your load. Doing so will result in PC being removed from your device.*

*If you are unsure, call and ASK.*



Lastly, the Sleeper Berth option. Select it and simply hit the OK button.

2

NCI000008

## 1.3 Load Information





In order for your logs to be accurate, you must keep your load information updated. To do this, you select the menu icon from the HOS screen.

*You may have to scroll down.* Select the Load Details option.



Make sure that you have the Bill of Lading number and trailer number entered.

*(If the BOL on your dispatch does NOT match the actual BOL # on your paperwork when you pickup, use your National Carriers Load Number.)*

***Make sure you keep your load information up to date. If you have the wrong Shipping Document or Trailer number,***

# *it is a violation!*

3

NCI000009

## 1.4 Editing Logs

### 1.4.1 Editing a Duty Status



In order to edit your logs or to add a remark, hit the menu button from your HOS screen.



Select the Duty Logs - Table option



If you tap the 3 dots on the right side of the screen associated with that duty status, you can either edit the duty status or add a remark to that duty status.



If you chose to add a remark to your duty status, tap to add, type in your remark, then hit the OK button.

*Continued on next page...*

NCI000010

13



If you select "Edit Duty Status", it will open this screen. In this screen you can change the type of duty status only. You can not change the length. *If you need to add a duty status to an existing one, you must add a Duty Status.*

*Once you have made all of the changes you need, hit the "Accept" button.*

### 1.4.2 Adding a Duty Status



If you need to ADD a Duty Status, tap on the plus sign located on the top right of the screen.

You will need to select the date of new Duty Status...

The time it started...

And the duration of the Duty Status. *If you attempt to add a duty status to drive time, you will get an error.*



If you make any changes to your logs, make sure you hit the "Save" button. Whenever you make changes, it will turn green. ***If you leave this screen before saving, you will lose all of the changes.***

5

NCI000011

14

## 1.5 Certifying Logs



In order to certify your logs, tap on Daily Summary in the HOS menu.



Tap on the exclamation point. Then hit the agree button.

*You must certify your logs every day...*

## 1.6 Accepting Changes To Your Logs



In the event that you make a mistake on your logs and someone at National Carriers catches it, we will make the correction to your logs. When that happens, you must accept those changes before they can be applied.

Select the "Motor Carrier Edits" option from the drop down menu.



You must review and accept each edit one at a time. Please remember that once you accept the edit, it will affect your logs.

NCI000012

15

## 1.7 Pre-Trip Inspection

 

In order to start your Pre-Trip inspection, change your duty status to "PRE".

This will automatically open the digital DVR.

Choose whether you are doing an inspection on both Tractor and Trailer, Truck only or Trailer only.



Make sure that the unit numbers match. Then hit Next...



First is your inspection of the tractor. For the sake of argument, let's imagine that your steering is loose. Tap the green check mark for steering.

Type out what is wrong with the steering, then tap the Next button.

Now you can see how the steering is marked with a red exclamation triangle.

 

Make sure that the unit numbers match. Then hit Next...

Tap on "Send Report"

7

NCI000013

16

## 1.8 Utilizing The Split Break



Your BlueTree will not automatically calculate your Split Break. You must assign which Off-Duty or Sleeper Berth duty statuses will be used. To do this, tap the menu button on the top left side of the screen.



Select Duty Logs Table



Once you find the Duty Status that you wish to assign as a split break portion, tap the 3 dots to the right.



Select the Assign to SB option. *(SB stands for Split Break, not Sleeper Berth)*

The minimum Split Break periods are 8 and 2, 7 and 3 or 7.5 and 2.5. Split Breaks can be longer but must not be less. Once you assign an Off-Duty or Sleeper Berth portion as a Split Break, the Blue Tree will recognize it and adjust your clock accordingly.

When taking a Split Break, your 14 hour clock will be paused for the duration of the first split break portion. Once you complete both portions, starting point of your 14hr clock will move to the end of your first split break portion. **You will not get a full 14 or 11.**

*And as with all breaks, be sure to give a few extra minutes to ensure that it's not rounded down and cut your break short.*

8

NCI000014

17

## 1.9 ELD Manual



If you are unable to locate your ELD Manual in your permit book, there is a digital copy located on the ELD itself. Select the menu button from the HOS Homescreen.



Scroll down to the bottom and select ELD Manual.



It is regulation that you *MUST* have a copy of the ELD manual in the truck. Since you always have the ELD, you always have it!

**The DOT officer may ask for an  ELD Instruction Sheet, an ELD Instruction Card or the ELD Manual. Your manual covers all requirements.**

# DON'T FORGET THAT YOU HAVE THIS!

9

NCI000015

## Section 2 BlueTree Macros

### 2.1 Dispatch Workflow



10

NCI000016

19

## 2.1 Dispatch Workflow Continued

Call Consignee for street level directions → Compare Consignee directions with route

Compare Consignee directions with route ↓ Plan Trip. Where will you take your break? DRIVE!

Plan Trip. Where will you take your break? DRIVE! ↓ Arrive at Consignee. Send Macro 5, Arrived at Consignee

Arrive at Consignee. Send Macro 5, Arrived at Consignee → Is a lumper needed?

Is a lumper needed?
- Yes ↑ Send Macro 35, Lumper Request
- No ↓ Unload Trailer

Send Macro 35, Lumper Request → Receive Express Code → Unload Trailer → Pay Lumper → Is There an OS&D Issue?

Unload Trailer → Is There an OS&D Issue?

Is There an OS&D Issue?
- No → Send Macro 6, Empty Call
- Yes → STOP Call Carol 469-586-2556

Send Macro 6, Empty Call →

**You have now successfully completed a Load!**



NCI000017

## 2.2 Most Commonly Used Macros

### 2.2.1 Macro 10 - PrePlan Commitment



Once you receive your preplan, write down your Trip # and send Macro 10, your PrePlan Commitment. Type in;

- Your Trip#
- Y for "yes" or N for "no"
- If you entered N, explain why are you refusing the load.

### 2.2.2 Macro 08 - Request For Directions



Before you leave on your trip, PLAN YOUR TRIP. After you have sent your PrePlan Commitment and received your dispatch, send Macro 8 and request directions.

- Your Trip#
- A for All, S for Shipper and C for Consignee.

### 2.2.3 Macro 01 - Arrived At Shipper



Once you arrive at the Shipper, you will send Macro 1, Arrived At Shipper. Type in;

- Your Trip#
- And answer whether or not your trailer was preloaded or not.

*(If it was preloaded, be sure to do a Pre-Trip on the trailer.)*

12

NCI000018

21

### 2.2.4 Macro 02 - Loaded Call



Once you loaded, you will send Macro 2, Loaded Call. Type in;

- Your Envelope #
- The Date and Time you arrived.
- The Date and Time you departed.
- The Temperature range on the BOL.
- The BOL #
- The weight and count.

### 2.2.5 Macro 05 - Arrived At Consignee



Once you have arrived at your Consignee, send Macro 5, Arrived At Consignee.

- Enter your fuel level in "8's"

*(Half a tank = 4, quarter of a tank = 2, full tank = 8, etc.)*

### 2.2.6 Macro 35 - Lumper Request



If you need a Lumper, send Macro 35, Lumper Request.

Type in;

- Your Trip#
- The amount needed
- Stop#
- The number of cases to be unloaded
- Enter "L" a driver should never unload the truck

13

NCI000019

### 2.2.7 Macro 06 - Empty Call



Once your trailer has been unloaded and you have confirmed there is nothing left on the trailer, send Macro 6, Empty At Destination.

Type in;
- Date and Time you arrived
- Date and Time you departed
- "Y" in the signature box
- Your current trailer #
- Date and Time you will be ready for your next trip.
- "Y" or "N" if you used lumpers.

### 2.2.8 List of Other Macros

- 001 Arrived At Shipper
- 002 Loaded Call
- 003 Arrived At Stop
- 004 Depart Stop
- 005 Arrived At Consignee
- 006 Empty Call
- 008 Request Directions

- 010 PrePlan Commitment
- 011 T Call Notification
- 013 Request for time off
*(Must be sent during business hours during the week)*
- 035 Lumper Request
- 036 Trailer Problem Report

*Do Not Send An Empty Call If You Have OS&D*

# Don't forget, you must scale EVERY LOAD!!!

# No Exceptions

*You will be responsible for any overweight tickets*

NCI000020

## Section 3 Paperwork

### 3.1 Trip Envelope



1. Envelope #
2. National's Trip #
3. Date you start trip
4. Truck #
5. Trailer #
6. Your Name/Co-Driver
7. Shipper City & State
8. Consignee City & State
9. Beginning Odometer
10. Ending Odometer
11. Settlement Clerk Initials
12. Driver Manager Initials
13. **All reimbursements**

National Carriers' paperwork is meant to be as simple as possible. Most items such as Truck and Trailer number are self-explanatory. However, All reimbursable expenses must have a receipt with them. (*That receipt **must** show how it was paid. You will not be reimbursed for scales or other items purchased with points.*)

If you have any questions about what will or will not be reimbursed, call before and discuss it with your Driver Manager.

Settlement Clerk Assignments Are Based On The First Letter Of Your Last Name

| Company Drivers | | | | Contractor & WFA Drivers | | | |
|---|---|---|---|---|---|---|---|
| A-G | Blaire Mitchell | BM | EXT 2565 | A-E | Amy Lancaster | AL | EXT 6312 |
| H-K | Holly Boese | HB/CO | EXT 6313 | F-Q | Blair Mitchell | BM | EXT 2565 |
| L-M | Vacant | KJ | EXT 6305 | R-Z | Amy Lancaster | AL | EXT 6312 |
| N-Z | Amy Lancaster | AL/CO | EXT 6312 | | | | |

*Remember to scan this page first when scanning your paperwork in!*

15

NCI000021

## 3.2 Delivery Receipt

**NATIONAL CARRIERS, INC.**
The *"Elite"* Fleet®
P.O. BOX 1358  LIBERAL, KANSAS 67905-1358
PHONE 620-624-1621

**DELIVERY RECEIPT**    2068226



DRIVER'S NAME _Joe Driver_
TRUCK NO. _6789_    TRAILER NO. _12345_
STOP NO. _1_ OF _3_

DATE LOADED _6/30/2020_    DATE DELIVERED _7/4/2020_  TRIP NO. _3279531_  B/L NO. _98248632110_

FROM CONSIGNOR _National Beef_      TO CONSIGNEE _Walmart_
AT ORIGIN _Liberal, KS_      AT DESTINATION _Plainsview, TX_

**IF TRIP NOT COMPLETED SHOW WHERE LOAD WAS DROPPED**

| NO. ITEMS OR PIECES | DESCRIPTION OF COMMODITIES | WEIGHT |
|---|---|---|
| 250 cs | Ground Chuck | |
| | **(If multiple BOLs write down the PO#)** | |
| | | |
| | ②  | |
| | | |
| | | **TOTAL** |

**DAMAGE, OVERAGE, SHORTAGE OR PRODUCT PLACE IN STORAGE:**  If product left with consignee open cases and determine exact damage and list below.

COMMENTS

SEAL # _____    SEAL # _____
IN    OUT
TEMP @ TIME OF LOADING _____

DRIVER'S SIGNATURE _____    RECEIVER'S SIGNATURE _____

**APPOINTMENT LOG**

| ARRIVAL | DEPARTURE |
|---|---|
| DATE: | DATE: |
| TIME: | TIME: |

DRIVER'S SIGNATURE _____    RECEIVER'S SIGNATURE _____

**LOADING**    **RECEIPT**    **UNLOADING**

③

PAID TO: _____    PAID TO: _Larry Lumper_
LOADING $ _____    UNLOADING $ _$250_
FID/SSN# _____    FID/SSN# _012689542_

RECEIVED BY _____    RECEIVED BY _Larry Lumper_
SIGNATURE    SIGNATURE

NATIONAL'S COPY

16

NCI000022

25

## 3.2 Delivery Receipt

A few things to remember about the Delivery Receipt.

- You do not need multiple copies. (You can use the same receipt number for multiple stops regardless of the color of the receipt.)
- Always include the Lumper information even if you have a separate receipt.

<br>

- Be sure to put the stop number you are on and the total number of stops.
- Use your load number as your Trip No.
- Make sure the BOL# you use, is the same as what is on the BOL, not your BlueTree.



- Make sure you use the Customer and city you are delivering to, **not the final Consignee.** If you are dropping the trailer without delivering, leave the Consignee blank and note where you dropped it in Section 2.

**IF TRIP NOT COMPLETED SHOW WHERE LOAD WAS DROPPED**

| NO. ITEMS OR PIECES | DESCRIPTION OF COMMODITIES | WEIGHT |
|---|---|---|
| 250 cs | Ground Chuck ②  | |
| | | |
| | | |
| | | |
| | | **TOTAL** |

- Be sure to list the count and description. (The same description as on the BOL)
- If possible, list the weight as well.
- If you are dropping the trailer, write where you dropped it and if you know, what truck is picking it up.

<br>

- Even if you receive a receipt from the customer or Lumper, be sure to include that information here as well.
- **Never** pay the Lumper until after you have been loaded/unloaded.
- Make sure you get either a SSN or FID, **no exceptions.**
- You may **not** load/unload yourself and write a receipt.

③ **UNLOADING**

PAID TO: Larry Lumper

UNLOADING $: $250

FID/SSN#: 012689542

RECEIVED BY: Larry Lumper
SIGNATURE

17

NCI000023

26

## 3.3 BOL, Stamps, Stickers and Signatures

The heart of all trucking paperwork is the Bill of Lading or BOL. The BOL lists everything in your trailer and tells you where and when they are to be delivered. Every customer has their own unique BOL with their own unique descriptions and product codes. Over time, you will learn how to read them all with ease.

A few things to keep in mind about your BOL;
- Make sure that you are delivering to the right customer.
- Always get your bills signed.
- When signing, always include "received X number of pieces".
- When dropping a trailer, the receiver should sign with "Subject to Count"
- Never assume that the piece count is correct.
- Make sure that the seal numbers on the BOL match the seals on the trailer.
- Compare the temperature requirements on the BOL to the temperature requirements on the dispatch message you received. (If there is a discrepancy, stop and call your DM)

Some customers will issue stickers that you can stick to the back of the BOL, others will simply stamp the BOL. If you are issued a sticker and you place it on the back of the BOL, you must still scan the sticker with your paperwork.

On this Costco sticker example, you can see that there are multiple Purchase Order (PO) numbers. If you deliver to Costco, every PO must be represented on a sticker.

Below are a Walmart stamp and a Walmart sticker. Employees that work for National Carriers in the billing department will be looking for both a stamp on the BOL as well a sticker unless the trailer is dropped. In that case, you will likely only get the sticker.

**Costco Sticker**



**Walmart Stamp**



**Walmart Sticker**

18

NCI000024

27

## 3.4 Comcheks

A few things to remember about ComChecks;

- ComChecks are worthless without an express code. So if you lose blank ones, don't panic.
- We are charged $2 for each ComCheck… So try not to lose them.



The first step when using a Comchek is to request the Express code. If using the Comchek for a Lumper, you will send Macro 35, the Lumper Request macro.



If the Comcheck is for some other purpose, (hotel room, trailer wash, etc) you can either request an express code through a "freeform" BlueTree message or call your Driver Manager.

Once the Comcheck has been filled out and the express code written in, whoever is using the Comcheck must call the number on the front to acquire the Authorization Number before it can be used. 1-800-741-3030

19

NCI000025

28

## 3.5 Transflo Express

If you do not have the Transflo app already installed on your phone, you will need to download and install it. Once installed, you will need to set National Carriers as your recipient and register it.



The recipient ID for National Carriers is NALC.

Enter your email, first name, last name and telephone number then hit "Next".



Tap "Proceed". Type in your Driver ID, then tap "Next".

Tap "Submit Registration". Transflo will send you an email to activate your account. Verify your email then tap "Proceed".



Once you have successfully registered your phone, you will be able to scan your paperwork. To scan your paperwork, open the Transflo app and tap Scan Documents.

Tap on "Take Photo". Take a picture of the document, align the blue dots to the 4 corners of the document then tap "Next". If the document is legible, tap "Accept". Do this for all documents then tap "Next".





20

NCI000026



The app will now show the receiver and the number of pages. Tap "Send All". Once sent, the app will show the Confirmation Number. Congratulations! you just sent your first document!

If you already have Transflo installed, you must set up National Carriers as a Recipient. To do that;

1. On the home page tap Profile/Settings.
2. In the "Additional" menu, tap Recipients.
3. Tap +Add new recipient.
4. Type NALC in the new Recipient ID in the Recipient ID box.
5. Select the Set Default check box.
6. Tap Next.
7. Tap Proceed
8. Enter the information in the boxes provided

**A few things tips on using the Transflo app;**

- **Scan the Trip Envelope first.**
- **Scan EVERY page of your load. (Even if it's 100 pages...seriously)**
- **Try to scan your documents on a flat surface.**
- **Scan in ALL receipts (Must have Trip#, Truck# and how it was paid)**
- **Make sure the pages are legible**
- **Pay attention to what is in the background of the image!**
- **Use the blue dots to crop the image if possible**
- **Scan your trip in as soon as it is completed. Don't wait!**
- **Scan BOTH sides if double sided bills**
- **Scan All Stickers if on the back of the bills**

**Don't forget! Cutoff is Tuesday @ 3pm for Company Drivers!!!**

**Cutoff is Wednesday @ 5pm for Owner Ops and Lease Drivers!!!**

21

NCI000027

## Section 4 Equipment

### 4.1 Reefer Units

### 4.1.1 Proper Airflow

One of the most important things to understand about reefer trailers is that the **Do Not Cool Product**... The goal of a reefer trailer is to *maintain* product temperature. For this to happen, you need to understand how the airflow in a reefer trailer works as well as how to properly set the temperature. In the image below you can see the chute





attached to the ceiling of the trailer and the deep grooves in the floor. These two things combined allow for the cold air to move along the top of the trailer and return along the floor creating an airflow that will keep the entire load at temperature. It is vital that the trailer is loaded in such a way to not prevent proper airflow. You also need to pay attention to trash blocking the airflow along the floor.

### 4.1.2 Precooling Your Trailer

In order to load your trailer, it must be cooled to the proper temperature before arriving at the Shipper. It is your responsibility to read your dispatch to learn the temperature requirements. Failing to precool your trailer will result in delays at the Shipper or even worse, a complete rejection.

*Don't forget to precool your trailer.*

### 4.1.3 Different Reefer Units

National Carriers uses two different reefer units; ThermoKing and Carrier. Below are pictures of each.

**Thermo King**                    **Carrier**

NCI000028

## 4.1.4 Changing The Set Temperature On Thermo King

Below is a diagram of the Thermo King control panel.



1. Current trailer temperature
2. Reefer set temperature
3. Mode button
4. Set Point button

**Scan Here To Watch A Short Video!**

In order to change the temperature setting;



Press the "Set Point" button



Select the "Numeric" option



Adjust the set temperature



Press the "Yes" button



It will program the new Set Point



Then confirm the Set Point

23

NCI000029

32

## 4.1.5 Changing The Mode Of A Thermo King

Each reefer trailer has 2 modes of operation; Continuous and Sentry ("Start, Stop"). In continuous mode, the reefer will run constantly. Which helps maintain lower temperatures better, but uses more fuel.

In sentry mode, the reefer will stop once the set point has been reached. Then restart automatically once the temperature rises. Sentry is more fuel efficient, but the temperature will fluctuate more.




When "Sentry" Mode is active, this icon will appear in the top right hand corner of the screen. To switch between "Continuous" and "Sentry" mode, push the mode button on the Control Panel.

## 4.1.6 Priming A Thermo King Reefer

There are many circumstances that will create a situation where you will need to prime the reefer unit in order for the engine to start. (vapor lock while fueling, running out of fuel)

There are two different types of Thermo King units that National Carriers uses both are the S600 models but one has 2 handles and the other only has 1.

**1 Handle**



**To Prime**

1. Select "Menu"
2. Hold down "Blank" and "Exit"
3. Scroll down to "Output Test" and press "Select"
4. Press "Next" until screen shows "Run Relay"
5. "Lock On" to "Run Relay"

The unit will run the electric fuel pump for 15 minutes. Then you may exit "Output Test" and attempt to start the unit"

Repeat process up to 2 additional times until unit is able to start and run.

**2 Handles**



**To Prime**

1. Press "Menu"
2. Scroll to "Prime Fuel" and press "Select"

Prime fuel system for 15 minutes or until unit returns to the Home Screen and attempts to start.

24

### 4.1.7 Operating A Carrier Reefer Trailer

We do not have many Carrier reefer trailers in the fleet. However, all reefer trailers have similiar controls. Watch this short video for instruction on how to operate a Carrier reefer.

**Scan Here To Watch A Short Video!**

## 4.2 Sliding Trailer Tandems

All of our trailers have the ability to slide the tandems. Depending on how the load is stacked and the overall weight of the load, it may be necessary to slide the trailer tandems in order to meet DOT weight regulations. In some states, it may be necessary to reposition the tandems to meet state bridge laws.

*If you know you will be traveling through or into a state with requirements for the distance from the kingpin to the trailer tandems, be sure you scale out with the tandems in the proper position.*

**Scan Here To Watch A Short Video!**





## 4.3 Operating A Carrier APU



The Carrier APU is relatively easy to use. The on/off button is located on the top left of the Control Panel. Simply turn the unit on. (It will take a minute to start.) Then select the mode by pressing either the A/C button or the Heat button.

You can adjust the temperature by using either the Blue Arrow button on the left or the Red Arrow button on the right.

When you are ready to drive again, simply turn the unit off.

25

NCI000031

34

## 4.4 Operating The DClimate Electric APU

Our very own James White took the time to make this short video demonstrating how to operate the DClimate Electric APU and the AutoStart system that keeps it charged.

**Scan Here To Watch A Short Video!**



# Section 5 OS&D

If you're unfamiliar with the term OS&D, it stands for Overage (More product than was ordered), Shortage (Less product that was ordered) and Damage (Damaged product).

The average accident/incident costs National Carriers $2500. The average OS&D claim costs National Carriers $3000. The biggest difference? OS&D claims are always preventable.

## 5.1 Preventing OS&D Claims

- Pre-Trip your trailer. Does the reefer start? What is the fuel level? Is there any damage that will keep if from maintaining temperature? Is the Chute mounted properly? **IS IT CLEAN?**
- Precool the trailer to the proper temperature before loading.
- Accurately check what is being loaded against the Bill Of Lading. If you are not allowed on the dock to verify the load, when you sign, include "SL&C" (Shipper Load and Count) with your signature.
- Don't allow damaged boxes or pallets to be loaded.
- Use no less than *2 load locks* on each load, seal it and use *your padlock.*
- If the Shipper sealed the trailer, do the seal numbers match what is on the Bill Of Lading?
- Ensure that the *temperature is set properly* and is in the proper mode for the product you are hauling.
- Drive carefully and safely to avoid shifting the load during transit. Avoid hard braking and fast turns.

## 5.2 OS&D Procedure

In the event that there is an issue with a load, immediately call;

**Carol Rose @ 469-586-2556 or After Hours @ 469-586-2548**

Have the following information ready;

- National Carriers Trip Number
- The Shipper's name
- The Customer's name
- Stop#, City, State

- PO# or Sales Order#
- Item# or Bar Code# and Description
- Pictures of the issue or damaged product and BOL Before you leave the stop.

# Most importantly, Do Not Leave Until You Have Spoken To A Live Person!!!

Document ANY OS&D issues on your Delivery Receipt. Even if the customer refuses to sign, document it. Someone will instruct you on what to do with the product.

**All OS&D must be reported at the time of delivery!!**

*Note who you talked to at NCI on Delivery Receipt

26

NCI000032

35

## 5.3 Delivery Receipt With OS&D

**NATIONAL CARRIERS, INC.**
The "Elite" Fleet®
P.O. BOX 1358  LIBERAL, KANSAS 67905-1358
PHONE 620-624-1621

**DELIVERY RECEIPT**   2068226

DRIVER'S NAME _Joe Driver_

TRUCK NO. _6789_    TRAILER NO. _12345_

STOP NO. _1_  OF _3_

DATE LOADED _6/30/2020_    DATE DELIVERED _7/4/2020_  TRIP NO. _3279531_  B/L NO. _98248632110_

FROM CONSIGNOR _National Beef_    TO CONSIGNEE _Walmart_

AT ORIGIN _Liberal, KS_    AT DESTINATION _Plainsview, TX_

**IF TRIP NOT COMPLETED SHOW WHERE LOAD WAS DROPPED**

| NO. ITEMS OR PIECES | DESCRIPTION OF COMMODITIES | WEIGHT |
|---|---|---|
| 250 CS | Ground Chuck | |
| | **(If multiple BOLs write down the PO#)** | |
| | | |
| | | |
| | | TOTAL |

**DAMAGE, OVERAGE, SHORTAGE OR PRODUCT PLACE IN STORAGE:**  If product left with consignee open cases and determine exact damage and list below.

COMMENTS  10 cases damaged, Consignee rejected.

Will dispose of per (Whoever you talked to)
**(Be sure to write the Claim#)**

SEAL # IN _0077444_    SEAL # OUT _0077441_

TEMP @ TIME OF LOADING _30° 2100_

DRIVER'S SIGNATURE _Joe Driver_    RECEIVER'S SIGNATURE _Robert Receiver_

**APPOINTMENT LOG**

| ARRIVAL | DEPARTURE |
|---|---|
| DATE: | DATE: |
| TIME: | TIME: |

DRIVER'S SIGNATURE _____    RECEIVER'S SIGNATURE _____

**LOADING**          **RECEIPT**          **UNLOADING**

PAID TO: _____          PAID TO: _Larry Lumper_

LOADING $ _____          UNLOADING $ _$250_

FID/SSN# _____          FID/SSN# _012689542_

RECEIVED BY _____          RECEIVED BY _Larry Lumper_
SIGNATURE                    SIGNATURE

**NATIONAL'S COPY**

27

NCI000033

36

## Section 6 Reference

### 6.1 Accident Procedure

1. Stop your vehicle in a safe place off the traffic lane, whenever possible, when involved in any accident. Failure to do so is a criminal offense.
2. The driver must set out warning devices immediately and flag traffic as necessary to prevent secondary accidents.
3. Check to see if anyone is injured and assist if possible.
4. Secure the names, addresses, and telephone numbers of all witnesses and first persons to arrive at the scene. If names are refused, obtain license numbers from vehicles.
5. Take pictures of the following:
   - Your Unit number, including all damages.
   - The other vehicle, including all damages.
   - All occupants of the vehicle. (No pictures of injured or deceased persons)
   - Skid marks
   - Intersection or Roadway
   - Debris from accident
   - Any witnesses in the area, etc.
6. If possible, do not move equipment until police arrive.
7. Do not discuss the facts of the accident with anyone else except an NCI representative or our properly identified insurance adjuster. Answer the questions of the identifying police officer, but do not volunteer any additional information. It is the duty of each driver to ask our NCI insurance company adjuster for positive identification before making any statement. DO NOT sign any statement without Company approval.
8. Make no statement admitting fault, or authorizing repair in any way.
9. Do not make any statements to anyone about anything if you are not absolutely sure and could not repeat it under oath in a court of law. DO NOT GUESS!!!
10. Be courteous and helpful. Maintain your composure.
11. Exchange information with other parties above:
    - Driver's Name, address, driver's license number, Insurance Company and Policy Number.
    - Company Name and Address
12. Under no circumstances will you promise the owner of a damaged vehicle to repair his vehicle, no matter how slight the damage.
13. If a mechanical failure causes or contributes to the cause of an accident, the Company wants to know about it, but DO NOT make statements relative to mechanical failure to anyone other than a Company representative.

The driver must, unless taken for medical attention, remain at the scene until released by the police and/or company supervisor. If the driver is instructed to submit to a drug screen and breath alcohol test, the driver will immediately go to the clinic to complete the task. If a collectors being sent to the driver to collect the specimen's required, the driver must not leave the designated area until the task is complete. The driver must then contact the company for further instructions.

**Accident Photos:** In the event of an accident, use the Transflo Mobile app to send the photos to National.

**NCI (After Hours Dispatch)**
**(800) 835-9180, ext 2548**

28

NCI000034

37

## 6.2 Stop Pay

**Company drivers** are to be paid $20 per stop, with the exception of the Shipper and the Final stop. If multiple "Stops" take place at a single location, you will only be paid for the single stop, if it is not the Final stop.

**Contractors (OOP, L/P)** are to be paid $40 per stop, with the exception of the Shipper and the Final. If multiple "Stops" take place at a single location, you will only be paid for the single stop, if it is not the Final stop. However, National Beef loads are compensated differently. Below is a list that begins with the 1st qualifying stop. In order to qualify, that "Stop" can be neither the Shipper or the Final stop.

- 1st qualifying stop is $50
- 2nd is $80
- 3rd is $110
- 4th is $140
- 5th or greater is $140

## 6.3 Detention Pay

For detention pay/compensation to be considered, you *must* arrive on time and send your arrival and departure calls over the BlueTree. If for some reason, your BlueTree is not responding, call your Driver Manager or night dispatch as soon as you arrive with a manual Check-Call.

The clock on your detention time *may* begin as early as two hours after your appointment time based on the customer's policy. As you approach the 2 hour mark, contact your Driver Manager to let them know that you may be eligible for detention pay/compensation.

**Company drivers** will receive $10/hour regardless of customer policy.

**Contractors**, your detention compensation will vary by customer and product.

## 6.4 Layover Pay

The driver will allow NCI an initial 24 hours between loads before you are eligible for layover/breakdown pay.

**Company Drivers**, after the initial 24 hours, pay is $10/hour with a max of $50 per day.

**Contactors**, layover is on a "case by case" basis and the amount is determined at the Driver Manager's discretion.

You must notify your Driver Manager of your projected time of availability once empty.

## 6.5 Hazmat Pay

**Company Drivers** - $50 per load

**Contractors** - $75 per load

Splitting a Hazmat load is rare, but if you must split a load, you split the extra incentive pay/compensation. The extra amount is split according to the percentage of the trip you drove.

You may not haul a Hazmat load unless you have a Hazmat endorsement and the proper Hazmat permits.

## 6.6 Intercity Pay

**Company Drivers** - At the Driver Manager's discretion

**Contractors** - $20 for each directed Shuttling or Spotting of a trailer. If the Intercity trip is under 60 miles, the flat rate is $65.

29

## 6.7 Northeast Compensation

**Company Drivers** - $50 for deliveries into New York City

**Contractors** - $100 flat-rate for loads delivered to: CT, DE, MA, MD, ME, NH, NJ and NY.

$250 flat-rate for loads delivered to: Manhattan, Brooklyn, Queens, the Bronx and Staten Island. (This is not combined with the $100 flat-rate for NE states. *This applies to National Beef loads only. Non-beef loads are $50 less for both areas.*)

## 6.8 Tolls

**Company Drivers** - Your truck has an EZ Pass and a PrePass assigned to the truck.

**Contractors** - National Carriers offers EZ Pass and PrePass. Contact Jennifer Estes (ext 2588) for the current rates.

## 6.9 Holiday Pay

**Company Drivers** - Must have worked at least 90 days to qualify. If you are at home and not under a load - $50. If you are at home and under a load - $100. If you are not at home and eligible for a load - $100.

## 6.10 Home Time

Drivers must notify their Driver Manager no less than 14 working days from the date they wish to take home time. Drivers are credited 1 day for every 6 days working, with a max of 4 days. (More than 4 must be pre-approved by your Driver Manager.) When your request is more than 4 days, understand that you may be asked to park the tractor at one of the terminals instead of taking it home.

National Carriers is committed to doing everything to ensure that our drivers get home by the dates requested. But, even the best of plans can be changed due to the needs of the freight.

## 6.11 Vacation Pay

After 1 year of service, you will be eligible for 5 days of paid vacation. After 5 years of service, you are eligible for 10 days of paid vacation.

YOu may use the Pay-Out option (cashing in your vacation days) for any days earned. Make sure you annotate it on your Vacation request form if using the Pay-Out option.

## 6.12 Rider Policy

Authorization sheets are required for each passenger and signed by you (or them if they are of legal age.) before they can enter the truck. Passengers must be at least 5 years old and no more than 2 passengers are allowed. If the passenger is under 65lbs they must sit in a booster seat.

The calendar date is from February 1st to January 31st. (If you pay in December, you will have to pay again in February.)

## 6.13 Dog Policy

Drivers are allowed 1 dog, 40lbs or less. Your dog must have current vaccinations and you must provide proof of rabies vaccination.

The deposit must be paid before the dog is allowed in the truck. (Arrangements for Payroll Deductions of $100/week can be made.)

For questions about other/multiple pets/ situations, contact James White. (ext 2516)

30

NCI000036

## 6.14 Passenger Authorization

**PASSENGER AUTHORIZATION AND RELEASE OF LIABILITY**
(Both Passenger and Driver Should Read Carefully Before Electing to Voluntarily Sign)

I.    PASSENGER AUTHORIZATION

This document constitutes authority by National Carriers, Inc. for _____

to be transported as the only passenger with _____ for trips that begin on June 18,

2020 and expires February 28, 2021

The terms of this Authorization and Release will extend automatically for successive 12 month terms unless National Carriers, Inc. gives Driver written notice that it is revoking this Authorization and Release. Under all circumstances, this Authorization and Release will expire five years from its origin date. The points of transportation subject to this Authorization and Release shall begin and end with trips that are driven under the operating authority(ies) held by National Carriers, Inc. This Authorization shall not include any deviations or detours for personal reasons. Passenger is not authorized to operate the Unit or associated trailer (collectively "Equipment"), or to perform any labor associated with the Equipment or load at any time. 2 authorized passengers + driver are allowed in the truck. Proper safety restrains must be used at all times. All passengers under the age of 18 are required to stay in the cab of truck while at Liberal, KS & Dodge City, KS packing plants.

By signing below, Passenger acknowledges and agrees that Passenger is not an employee of Motor Carrier or an independent contractor providing goods or services to Motor Carrier. Passenger further acknowledges and understands that Motor Carrier will not pay any amount for any accident, injury, loss or damage arising out of or related to Passenger riding in the Equipment, nor will Motor Carrier provide workers' compensation coverage for Passenger or insurance for Passenger's Property.

II.    RELEASES OF LIABILITY

A.    Driver's Full Release of Liability. In consideration for Motor Carrier's authorization to allow Driver's spouse, son, daughter, or any other passenger to ride in the Equipment, Driver, by signing below, hereby releases Motor Carrier from any and all claims, liability, rights, actions, suits and demands, including any rights under a claim of loss of affection or of consortium, whether in law or in equity, that Driver may have against Motor Carrier, including its affiliates, employees, agents, officers, directors, or successors. Moreover, this signed Release may be pleaded by Motor Carrier as a counterclaim to or as a defense in bar or abatement of any action of any kind whatsoever brought, instituted or taken by or on behalf of Driver.

B.    Passenger's, Parent's or Guardian's Full Release of Liability. In consideration for Motor Carrier's authorization to allow Passenger to ride in the Equipment, Passenger, or Passenger's Parent or Guardian if Passenger is under the age 18, by signing below, hereby releases Driver and Motor Carrier, with respect to the authorized transportation, from any and all claims, liability, rights, actions, suits and demands, including any rights under a claim of loss of affection or of consortium, whether in law or in equity, that Passenger may have against Driver or Motor Carrier, including Motor Carrier's affiliates, employees, agents, officers, directors, or successors. Moreover, this signed Release may be pleaded by Motor Carrier as a counterclaim to or as a defense in bar or abatement of any action of any kind whatsoever brought, instituted or taken by or on behalf of Passenger.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Driver | Driver's Printed Name | Date |
| _____ | _____ | _____ |
| Passenger | Passenger's Printed Name | Date |
| _____ | _____ | _____ |
| Parent and/or Lawful Guardian of Passenger if Passenger is Under the Age of 18 | Parent and/or Guardian Printed Name | Date |
| _____ | _____ | _____ |
| National Carriers, INC representative | Printed Name | Date |

31

NCI000037

## 6.15 Pet Addendum

## Pet Addendum

(Addendum to Company Equipment)

THIS AGREEMENT by and between National Carriers, INC. (hereafter EMPLOYER) and

_____is hereby attached to and made a part of employment

Dated _____

WHEREAS, the EMPLOYEE, desires to keep a certain pet described below on the said Company equipment specifically prohibits allowing pets in the company equipment; the Company Equipment is hereby amended to grant such permission to the EMPLOYEE.  In exchange for this permission, the EMPLOYEE agrees as follows:

1. To deposit with the  EMPLOYER a "Non-refundable Pet Deposit" in the amount of  $500.00 (Five Hundred Dollars) which shall be held as security for the faithful performance of this pet Agreement
2. One pet will be allowed not to exceed **40**lbs.
3. **NO CATS** are allowed.
4. To pay the amount of One Hundred Dollars ($100) per week for five weeks.
5. To keep the pet from causing any annoyance or discomfort to others and to immediately remedy any complaints concerning the pet.
6. To keep the pet from damaging any property belonging to the EMPLOYER or others.
7. To immediately pay for any injury, damage, loss, or expense caused by the pet (In this regard, it is expressly understood that at no time shall the EMPLOYEE apply any part of the Pet Deposit towards such amounts due, but rather, the EMPLOYEE shall make restitution immediately and separately from the Pet Deposit. It is further understood that such restitution shall be made over and above any amount paid in accordance with Item #3 of this Pet Agreement.)
8. To keep the pet under control at all times.
9. Not to leave the pet unattended for any unreasonable periods.
10. To hold the EMPLOYER harmless from all liability arising from the EMPLOYEE'S ownership or keeping of the pet, including but not limited to any liability resulting from the EMPLOYER  turning said pet over to local pet policing authorities should the pet be found unsupervised.
11. To dispose of the pet's droppings properly and quickly.
12. To provide to the EMPLOYER a picture of the above named pet.
13. To insure that pet will wear the appropriate Local Animal License, a valid Rabies Tag and tag bearing the owners name and phone number. All licenses and tags must be kept current.
14. To provide the EMPLOYER with evidence from the Veterinarian that all necessary shots are current and that the pet does not display a tendency to be aggressive or harmful.
15. EMPLOYEE agrees to control flea infestation and will exterminate if necessary, and upon demand, in any and all areas affected with full cost to be paid by EMPLOYEE.
16. EMPLOYEE agrees that EMPLOYER will not be responsible for the injury, harm, or death of the animal, and agrees to hold EMPLOYER harmless for any damages suffered as a result of any harm caused on the animal or by the animal upon another person, guest or employee.  EMPLOYEE shall be responsible for the entire amount of all damages caused by the pet as well as the entire amount of any injury to individuals or property.  EMPLOYEE is encouraged to obtain a Pet Liability Policy that can be added as a rider to most insurance policies.
17. Pet shall not create any conflict or disturbance with others and will not threaten any physical harm to anyone.
18. Graduates of NCI Trainee program, no Pet nor Passenger Policy will be allowed for the 1st 90 days.  Upon completion of 90 days trainee will be evaluated. Decision will be based on driver performance and may exceed up to 120 days, upon completion of  the 120 days will be considered and reevaluated.
19. Monthly truck inspections are mandatory – should you not get into our shop monthly there is the possibly that the pet policy will be revoked.

1

NCI000038

The permission granted herein shall be limited to a certain pet named _____ and described as follows:

DOG: _____ Breed: _____ Color: _____

Full-grown Weight: _____ Full-grown Height: _____

Age: _____ Sex: _____ Neutered: Yes No

Should the EMPLOYEE fail to comply with any part of this Pet Agreement, the EMPLOYER reserves the right to revoke permission to keep the pet.  In such event, the EMPLOYEE agrees to permanently remove the pet from the EMPLOYER'S equipment within 48 hours of receiving written notice thereof from the EMPLOYEE; failure to comply with same shall be grounds for immediate termination of the Equipment.

I ACCEPT FINANCIAL RESPONSIBILITY FOR THE ENTIRE AMOUNT OF ANY DAMAGES OR INJURY TO PERSONS OR PROPERTY THAT MAY OCCUR BECAUSE OF MY PET. I UNDERSTAND THAT VIOLATIONS OF ANY OF THESE RULES MAY BE GROUNDS FOR REMOVAL OF MY PET AND/OR TERMINATION OF MY EMPLOYMENT.

**THIS AGREEMENT** is made in duplicate on this _____ day of, _____.

_____          _____
                                                                                      Driver Printed Name

_____          _____
Title                                                                                  Driver Signature

Truck # _____

REV 10/2015

2

33
NCI000039
42

## 6.16 Infinit-i Login



To get to your Inifit-i classes, scan this QR Code. Both your Username and Password will be your Driver ID. Your Driver ID is typically the first 3 letters of your last name and the first letter of your first name.

And don't forget. You will be assigned quarterly Infinit-i classes to complete. Failure to do so will impact your bonus.

**Don't forget to download the App!!**





Once you install the app, you must *Update The Registration Code* before you attempt to login.

**Registration Code: NAT8221**





## 6.17 Military Time Conversion

| | | | |
|---|---|---|---|
| 1:00 a.m. | 0100 | 1:00 p.m. | 1300 |
| 2:00 a.m. | 0200 | 2:00 p.m. | 1400 |
| 3:00 a.m. | 0300 | 3:00 p.m. | 1500 |
| 4:00 a.m. | 0400 | 4:00 p.m. | 1600 |
| 5:00 a.m. | 0500 | 5:00 p.m. | 1700 |
| 6:00 a.m. | 0600 | 6:00 p.m. | 1800 |
| 7:00 a.m. | 0700 | 7:00 p.m. | 1900 |
| 8:00 a.m. | 0800 | 8:00 p.m. | 2000 |
| 9:00 a.m. | 0900 | 9:00 p.m. | 2100 |
| 10:00 a.m. | 1000 | 10:00 p.m. | 2200 |
| 11:00 a.m. | 1100 | 11:00 p.m. | 2300 |
| 12:00 p.m. | 1200 | 12:00 a.m. | 2400 |

34

NCI000040

## 6.18 Irving Yard



NCI000041

# Yard Procedures

## Entering Yard

- Use only main entrance next to the shop
  - Gate Code: #0001 (After Hours #0002)
- All loaded trailers must have a full tank of fuel
  - No Exceptions!
- Temperature must be within 5° of set temperature
- All drivers must stop at security office and have trailer checked before dropping trailer
- If dropping a trailer, driver cannot be attached longer than 10 minutes
  - No Exceptions! - Loaded or Empty
- No parking of tractors or trailers in the main parking lot or drive-through
- Scale tickets on loaded trailers

## Exiting Yard

- Pick up paper before getting under trailer
- If under a load and you want to bobtail out, all paperwork MUST be left with security
- Enter data in satellite before exiting the gate
- Put trailer lock on trailer
  - No lock, no exit
- Use only main entrance next to shop to exit yard

36

NCI000042

## 6.19 HOS Quick Reference

**70 Hour Rule:** You may not drive after 70 hours On-Duty or On-Duty Driving in an 8 day period. You may restart your 70 after taking 34 consecutive hours Off-Duty or a combination of Off-Duty and Sleeper Berth.

**14 Hour Rule:** You may not drive beyond the 14th consecutive hour after coming on duty, following 10 consecutive hours off duty. Off-duty time does not extend the 14 hour period.

**11 Hour Rule:** You may drive a maximum of 11 hours within your 14 hour period after 10 consecutive hours Off-Duty or a combination of Off-Duty and Sleeper Berth. If a combination, you must have at least 8 consecutive hours either Off-Duty or Sleeper Berth.

**30 Minute Break Rule:** You must take a 30 min break after (or before) you have accumulated 8 hours of drive time in your 14 hour period.

**Personal Conveyance:** You will be allowed the use of Personal conveyance while employed with National Carriers. However, any misuse or abuse will result in suspension of this privilege.

Personal Conveyance must not be used to further commerce, the move must be personal in nature. (Driving to the grocery store or laundromat) You must not use it to further your load.

**On-Duty Status:** At National Carriers, your On-Duty status must reflect what you are doing. (Loading, Unloading, Drug Screen, etc) The minimum time that you should show is 15 min.

## 6.20 Tractor Washes & Trailer Washouts

National Carriers has a nationwide account with Blue Beacon. You are allowed 2 Tractor wash per Calendar month and unlimited trailer washouts.

If getting your trailer washed out at a location other than Blue Beacon, you have the option of requesting a ComChek express code or paying cash and turning in your receipt for reimbursement.

A good rule of thumb is to get your trailer washed out after every load. Never take the chance of being rejected at the Shipper.

## 6.21 Referral Bonus

- Refer a Qualified Experienced Driver- $1200 BONUS
- Refer a Qualified Owner Operator/Lease Operator and  get $2000 BONUS
- Student Referral - $600 Bonus
- You'll receive first half of BONUS upon Referred Driver's first "Empty Call"
- You'll receive second half of BONUS once the referred Driver has completed 30 days with NCI

37

## 6.22 Settlements

```
DATE:  4/13/11                          NATIONAL CARRIERS, INC.                        PYRP76A
TIME: 14:38:40                     DRIVERS PAYROLL RECAP REPRINT                       PAGE   1
                                      CHECK DATED  4/08/11
------------------------------------------------------------------------------------------------

   EMPLOYEE


      EARNINGS:                                                                              NON
   DATE TO    ORDER   DISPATCH DISPATCH  EMPTY                  EMPTY  LOADED            TAXABLE  TAXABLE
    PAY  UNIT # NUMBER  NUMBER    DATE    DATE   TYPE OF PAY    MILES   MILES    RATE   EARNINGS  EARNINGS
------------------------------------------------------------------------------------------------
  4/08/11 21906D 2005787    01    3/28/11  3/28/11  TRIP PAY      331           .22000    72.82       .00
 KansasCity KS E Dodge City KS L Harrisonvl MO L Bridgeton  MO
  BEGINNING HUB-  553967    ENDING HUB-  555049

  4/08/11 21906D 2004537    01    3/29/11  3/29/11  TRIP PAY       43           .22000     9.46       .00
 Bridgeton  MO E Warrenton  MO L Pauls Vly  OK
  BEGINNING HUB-  555049    ENDING HUB-  555707

  4/08/11 21906D 2009071    01    4/04/11  4/04/11  TRIP PAY      311           .22000    68.42       .00
 Pauls Vly  OK E Liberal    KS L Amarillo  TX L DALLAS    TX L Mansfield  TX
  BEGINNING HUB-  555707    ENDING HUB-  556695

  4/08/11 21906D 2005484    01    3/25/11  3/25/11  TRIP PAY              331   .26000    86.06       .00
 Dodge City KS L KansasCity KS
  BEGINNING HUB-  553608    ENDING HUB-  553967

  4/08/11 21906D 2005787    01    3/28/11  3/28/11  TRIP PAY              583   .24000   139.92       .00
 KansasCity KS E Dodge City KS L Harrisonvl MO L Bridgeton  MO
  BEGINNING HUB-  553967    ENDING HUB-  555049

  4/08/11 21906D 2004537    01    3/29/11  3/29/11  TRIP PAY              529   .24000   126.96       .00
 Bridgeton  MO E Warrenton  MO L Pauls Vly  OK
  BEGINNING HUB-  555049    ENDING HUB-  555707

  4/08/11 21906D 2009071    01    4/04/11  4/04/11  TRIP PAY              553   .24000   132.72       .00
 Pauls Vly  OK E Liberal    KS L Amarillo  TX L DALLAS    TX L Mansfield  TX
  BEGINNING HUB-  555707    ENDING HUB-  556695

  4/08/11 21906D 2005787    01    3/28/11           STOP PAY                  20.00000                .00
  4/08/11 21906D 2009071    01    4/04/11           STOP PAY                  40.00000                .00
                                                                       -----------------            .00
                                                                                                   -----
         (L=Loaded,E=Empty,U=Unauthorized)                               TOTAL GROSS PAY             X

       TAXES:                                      FEDERAL:        38.15
                                                   EIC:             .00
                                                   FICA:           33.13
                                                   STATE:          13.00
                                                   LOCAL:           .00
                                                                 ---------
                                                   TOTAL:         84.28      TOTAL TAXES:      84.28-
```

**Total Gross**
**Taxes**

```
DATE:  4/13/11                          NATIONAL CARRIERS, INC.                        PYRP76A
TIME: 14:38:40                     DRIVERS PAYROLL RECAP REPRINT                       PAGE   2
                                      CHECK DATED  4/08/11
------------------------------------------------------------------------------------------------

   EMPLOYEE:



  TRAVEL ALLOWANCE:
  DIEM 01  21906D 2005484   3/25/11   PER DIEM $.10                         33.10
  DIEM 01  21906D 2005787   3/28/11   PER DIEM $.10                         91.40
  DIEM 01  21906D 2004537   3/29/11   PER DIEM $.10                        -57.20
  DIEM 01  21906D 2009071   4/04/11   PER DIEM $.10                         86.40
                                                                        ---------
                                                                            X       TRAVEL ALLOWANCE
```

**Per Diem** — Total Per Diem Pay

```
  REIMBURSEMENTS:
  ADV  03  21906D 2005787   3/28/11   COMDATA FEES R                        2.05
  ADV  03  21906D 2005787   3/28/11   COMDATA FEES R                        2.05
  LMPR 02  21906D 2005787   3/28/11   CO. DRVR MEAT      53544            190.00
  TOLL 01  21906D 2005787   3/28/11   TOLL REIMB                            6.25
  ADV  03  21906D 2004537   3/29/11   COMDATA FEES R                        2.05
  LMPR 01  21906D 2004537   3/29/11   LOAD/UNLOAD RE     53544             50.00
  ADV  03  21906D 2009071   4/04/11   COMDATA FEES R                        2.05
  LMPR 02  21906D 2009071   4/04/11   CO. DRVR MEAT      53866            160.00
                                                                        ---------
                                                                            X       TOTAL REIMBURSEMENTS:
```

**Reimbursements** — Total Reimbursements

```
  DEDUCTIONS:
  ADV  02  21906D 2005787   3/27/11   ADVANCE TO COM   11976-69620-4646     50.00
  ADV  02  21906D 2005787   3/27/11   ADVANCE TO COM   11976-69620-4646      2.05
  ADV  02  21906D 2004537   3/28/11   ADVANCE TO COM   1103280042865293    125.00
  ADV  02  21906D 2004537   3/28/11   ADVANCE TO COM   1103280042865293      .25
  ADV  02  21906D 2005787   3/28/11   ADVANCE TO COM   11976-69722-0709846  140.00
  ADV  02  21906D 2005787   3/28/11   ADVANCE TO COM   11976-69722-0709846    2.05
  ADV  02  21906D 2004537   3/29/11   ADVANCE TO COM   11976-70018-2228     50.00
  ADV  02  21906D 2004537   3/29/11   ADVANCE TO COM   11976-70018-2228      2.05
  ADV  02  21906D 2009071   3/31/11   ADVANCE TO COM   1103310033151739     43.00
  ADV  02  21906D 2009071   3/31/11   ADVANCE TO COM   1103310033151739      1.50
  ADV  02  21906D 2009071   4/02/11   ADVANCE TO COM   11976-70638-5450222  160.00
  ADV  02  21906D 2009071   4/02/11   ADVANCE TO COM   11976-70638-5450222    2.05
  ADV  02  21906D 2009071   4/02/11   ADVANCE TO COM   1104020020295693     75.00
  ADV  02  21906D 2009071   4/02/11   ADVANCE TO COM   1104020020295693      1.00
  ADV  02  21906D 2009071   4/03/11   ADVANCE TO COM   1104030000377322     42.00
  ADV  02  21906D 2009071   4/03/11   ADVANCE TO COM   1104030000377322      1.50
  ADV  01                   4/05/11   MEAT PURCHASE    MEAT PURCHASE        44.00
  AHC  04                   4/08/11   PPO COVERAGE-F                       110.00
  LIFE 01                   4/08/11   UNUM TERM LIFE                         3.00
  LIFE 02                   4/08/11   BOSTON MUT. LI                        11.35
  LIFE 03                   4/08/11   CRIT ILL & ACC                         6.33
  LTD  01                   4/08/11   UNUM SHORT TER                         4.50
                                                                        ---------
                                                                            X       TOTAL CHARGES:
```

**Charges** — Total Charges

## 6.23 Cargo Security Plan

National Carriers Inc. (NCI) is committed to the safe and secure handling and transporting of all products. NCI is also committed to ensuring the safety and security of its employees, independent contractors, its customers and the general public. All employees and independent contractors are urged to help us implement this plan and to continuously improve our security efforts. NCI's objective is for all cargo to be transported with the highest  level of security possible. All employees and independent contractors of NCI are required to be trained in and familiar with this security plan.

Top management is responsible for establishing and communicating the overall goals of the organization. Managers and supervisors are responsible for being fully knowledgeable of the security issues and concerns of their area(s), departments, and employees. In addition, they are responsible for providing detailed information on system operations including daily work processes, activities, and identifying potential security vulnerabilities, Once identified, managers and supervisors are responsible for:

- Selecting, prioritizing, developing, and implementing strategies and procedures to meet established security goals
- Measuring and monitoring the effectiveness of the security strategies and procedures
- Reviewing and, when necessary, adjusting the strategies and procedures. If deficiencies or other vulnerabilities are discovered in the security process, appropriate corrective action or adjustments will be made

Employees and independent contractors are responsible for adhering to and conforming to all security-related work activities, processes, and procedures. In addition, they are encouraged to provide feedback and suggestions on ways to improve the organization's security program.

### Personnel Security

National Carriers Inc has implemented the following provisions with redard to the employment or contracting of drivers.

**Application Procedure:** All applicants applying for any position involving access to, handling, storing, preparing for transport, and/or transport of cargo for NCI shall not continue until all information on the appication has been verified as true and accurate. NCI's driver qualification and hiring procedures shall be in compliance with all appicable state and federal refulations, and meet the organization's security standards. All applicants applying for the position of driver with NCI shall be interviewed by responsible company personnel. The interview is used to verify any gap(s) in employment, reason(s) for job or career changes, or any other important or unexplained behavior or history.

**Driver Requirements:** Detailed background checks on all applicants for company driver or leased operator position include but are not limited to:

- Meeting the minimum age and experience requirements
- Ability to read and speak English sufficiently as required
- Required to provide either proof of U.S. citizenship or proof of their legal right to work in the United States
- Have a driving record that is in line with NCI's safety standards with regard to preventable motor vehicle accidents and violations of motor vehicle laws (all past driving informations provided applicants shall be verified)
- Be physically qualified to drive a company vehicle

*Continued on next page...*

39

NCI000045

48

- Possess a current and valid commercial driver's license of the correct type and with the proper endorsements.
- Not disqualified to drive a commercial motor vehicle under the rules set forth in §391.15
- To the extent possible, a criminal background check is conducted on all applicants applying for any position involving the handling, storing, preparing for transport, and/or transport of cargo. The criminal background check shall be made with regard to convictions of misdemeanors and felonies only.
- Investigation into the employment record during the preceding 3 years (10 years for positions requiring a CDL) shall be made for every driver applicant. The driver qualification and hiring process **shall not** continue until all previous employer information has been verified as true and accurate.

All employees and independent contractors' information is maintained in a confidential and secure manner and in compliance with all relevant Federal and state regulations and statutes regarding confidentiality and individual privacy.

Upon termination, any identification cards or security material will be returned to the company. All passwords are canceled to prohibit computer access by former employees.

**General Security Provisions:**

1. **Work Environment:** National Carriers Inc will provide a work environment that is reasonably free of hazards and threats of violence which may cause damage to property or harm to people. It is also our policy to establish an effective and continuous safety and security program that incorporates educational and monitoring procedures. All supervisors and managers are responsible for ensuring that their employees are trained in appropriate security and suspicious activity reporting procedures. All employees and independent contractors have a responsibility to themselves and to National Carriers to observe and report any suspicious or unusual activity that threatens safety or security.

2. **Suspicious Activity:** Employees and independent contractors are expected to use common sense and good judgment when assessing the threat potential of any suspicious activity. Depending on the given situation, employees and independent contractors will be expected to report any observed suspicious activity to their immediate supervisor, next level manager, the corporate safety director, or the local law enforcement official or fire department.

3. **Security Awareness:** Management will designate a person or persons at each facility to be responsible for security and training at that facility. Each facility designate will conduct security awareness training for all employees and independent contractors, including how to report suspicious incidents or events. Supervisors will require all visitors and outside vendors to a facility to sign in. Designated parking areas for visitors and outside vendors should be established where possible. Designated personnel will perform daily yard checks and equipment reconciliations and remove keys from tractors not in use and have secure key storage. This inspection will include facility grounds, maintenance areas and buildings to identify points of possible unauthorized entry to the property.

4. **Documentation:** All work/load assignments sheets hard copy and/or electronic involving the transportation of cargo shall be sequentially numbered and maintained in a secure location. Access to load information shall be limited to operations personnel only, including dispatchers, the operation manager, and other designated

40

NCI000046

employees. Dispatch personnel are responsible for the security and proper issuance of all load-related work assignment documents. When providing load information to drivers, dispatchers shall review the load information to ensure that it is complete and accurate. For security purposes, it is extremely important that:

    a. The load assignment number is clearly communicated.
    b. Trailer numbers on all work assignments are verified
    c. Shipper pick up number(s) are checked and verified
    d. All old operational, compliance-related, and load records and documents shall be destroyed (shredded) before being discarded.

### Cargo Security Procedures:

**Required Equipment:** Each driver shall have in his/her possession

    a. anti-theft equipment such as alarm system, fuel cutoff, steering lock or any other system approved by NCI.
    b. Kingpin lock and two heavy-duty padlocks. The padlocks are to be used in conjunction with trailer door seals for every assigned load

**At the Shipper:** Upon arrival at the point of origin, all drivers shall check in with the responsible shipping personnel to notify them of arrival and to provide picture proof of identity. Drivers will also be expected to produce their current operator's or commercial driver's license. While at the shipper, drivers shall follow the loading instructions and obey all customer safety and security rules and procedures.

At the designated loading location (assigned dock door), the driver shall secure the vehicle. No company vehicle will be left unattended until the driver is confident the vehicle is secured from moving.

In the event a driver is scheduled to pick up a trailer pre-loaded, he or she shall verify:

- The load's shipping papers
- Seal numbers
- Trailer number

Under no circumstances shall a driver be allowed or permitted to break a seal on a pre-loaded trailer or a trailer moving under a shipper's load and count provision. These guidelines apply to outbound loads as well as loads being picked up and returned to a terminal or spotting/staging area.

In the event of a live load, drivers are expected so supervise the entore loading process. Drivers are responsible to make sure no unauthorized or unscheduled cargo is loaded on any trailer.

When all loading activity has been completed, drivers are responsible for making sure the cargo is secure and to check the bill of lading or the delivery manifest to ensure cargo count is accurate. Once drivers are satisfied that the cargo matches the shipping papers, they shall:

- Close the trailer doors and witness the shipper sealing of the trailer
- Record the seal number(s) on the shipping papers
- Have the shipping papers signed by the responsible shipping personnel before leaving
- Contact their supervisor/dispatch to verify all pertinent load-related information and the loading process has been completed.

NCI000047

If a discrepancy is found between the cargo and bill of lading or shipping manifest, drivers shall contact their dispatcher immediately for instructions.

**Security En Route:** Drivers are required to use their padlocks to provide additional cargo security for all loads.  However, if using a padlock would cause any damage to the trailer door seal, attempts to use the padlock should not be made.  Before leaving any shipper, drivers shall make a thorough visual observation of their immediate surroundings and report any unusual or suspicious activity to their dispatcher immediately.

In the event a trailer containing a load needs to be staged (for any length of time) in a terminal yard or other company facility, all load-related paperwork shall be brought into the dispatch office and maintained there until the driver is scheduled to complete his or her run.  Drivers are prohibited from leaving load-related paperwork with any loaded trailer.  Drivers failing to abide by this procedure are subject to disciplinary action.

While in transit, drivers are prohibited from discussing information related to their load, route, or delivery schedule with any person(s) other than authorized company officials.  Drivers failing to abide by this policy are subject to disciplinary action up to and including termination.  Drivers are to report any suspicious activity (including load-related inquiries from strangers) to their dispatcher immediately.

Drivers are expected to take all reasonable and responsible precautions to prevent damage to company vehicles and theft of cargo while in transit.

For personal protection and safety, and the security of the cargo, drivers are expected to park in safe, well lit, designated truck parking locations only (such as reputable truck stops or high-traffic, major rest areas). When possible, loaded trailers should be parked against a wall, fence, or other stationary/fixed object to enhance cargo security.

In all cases, drivers are required to inspect their vehicle and trailer for evidence of tampering after each stop.

Drivers shall lock their vehicles and have all windows in  the closed position at all times while in transit - especially during all time spent in urban areas, and parked at truck stops and rest areas.

When possible, dispatch shall contact receivers for the purpose of arranging secure overnight or after hours parking for drivers who can safely and legally arrive at their destinations ahead of schedule.

Drivers are prohibited parking in any unsecured area. Drivers failing to abide by this policy are subject to disciplinary action up to and including termination.

42

Drivers are expected to maintain regular communications with National Carriers while in transit.  Any incident of drivers failing to check in when required shall be assumed by the company to be suspicious and highly irregular.  Immediate action shall be taken in such situations. Drivers are expected to fully understand this procedure and make every effort to maintain regular contact and communication with dispatch.

Drivers are required to have satellite installed on their trucks as directed by National Carriers.  Drivers are required to ensure the satellite is operating correctly.  Any incident in which operations is not receiving data from the truck as required shall be assumed by the company to be suspicious and highly irregular.  Immediate action shall be taken in such situations.  Drivers whom are found tampering or disconnecting the satellite at any time are subject to disciplinary action up to and including termination.

Drivers who fall victim to vehicle hijackers or cargo thieves are instructed to notify local police as soon as possible. Once the proper authorities have been notified, drivers are required to contact an appropriate company official and follow all subsequent instructions.

Drivers are prohibited from picking up and transporting any unauthorized person.

In the event of an attempted vehicle hijacking or cargo theft situation while the vehicle is in motion, National Carriers has adopted a NO STOP policy.  Drivers who believe a vehicle hijacking is, or may be, in progress, are instructed to keep the vehicle moving as safely and responsibly as possible until the attempt has ceased and/or the authorities have been notified. However, in any hijack situation, drivers should use their own good judgment (whether to stop or keep moving) based on the degree to which they feel their personal safety is at risk. Nothing our drivers do is worth getting hurt over.

**At The Destination:** Upon arrival at the destination or stop off, drivers shall check in with the responsible receiving person(s) to notify them of arrival, show picture proof of identity, and receive unloading instructions. Drivers shall follow receiver's unloading instructions, and obey all customer plant safety and security rules and procedures.

Once permission to unload has been given, the driver shall proceed to the unloading location (assigned receiving dock door) and secure the vehicle. No company vehicle shall be left unattended until the driver is satisfied that the vehicle is secure from moving.

The driver, along with a responsible receiving employee, shall verify delivery, inspect the trailer seal(s), match the seal number(s) with those on the shipping papers, break the seal(s), open and secure the trailer doors, and inspect the cargo. Once both the driver and receiver are satisfied, the driver shall back the trailer and secure the vehicle.

NCI000049

Drivers shall supervise the unloading process. In the event of cargo damage, overage, shortage, or any other discrepancy, drivers shall contact their supervisor immediately for instructions and to report the cargo claim incident.

After the unloading process has been completed, the driver shall get the appropriate paperwork signed by the responsible receiving employee, and contact dispatch for the next assignment or instructions.

If a situation occurs in which a trailer needs to be dropped any place other than a company approved drop yard the following procedures must be followed the driver must notify dispatch of where, when and why you are dropping the trailer before it is dropped. The trailer must be dropped in a well lit and secure area.  The kingpin lock must be engaged.

**External Partnerships**

NCI continues to establish a partnership and professional working relationship with local law enforcement officials, emergency responders, and other public safety and security agencies. These partnerships include sharing NCI data pertaining to its operations and security procedures and processes.

Local law enforcement officials, emergency responders, and other public safety and security agencies are periodically invited on-site to discuss and evaluate potential security risks, vulnerabilities, and to assist in the development or enhancement of our current security program.

All suspicious activities or apparent criminal acts affecting the safety or security of National Carriers Inc will be reported immediately to the proper law enforcement agencies and appropriate company officials. In addition, a detailed written report will be made of any security-related incident.

A complete listing of emergency telephone numbers will be provided to all dispatchers, supervisors, and managers. This list includes the numbers for local police and fire departments, regional state police offices, the FBI, and all company managers and executives.

National Carriers Inc will when appropriate request increased off-hours law enforcement patrols to coincide with increases in national security threat/risk levels.

44

NCI000050

## 6.24 Notes

NCI000051



NCI000053

48

NCI000054

57

NCI000055

58

50

NCI000056

51

NCI000057

60

NCI000058

61



53

NCI000059

62

54

NCI000060

63



55

NCI000061

64