**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CARRIERS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-01249-L (SAL) (RAR)<br><br>**PLAINTIFF'S MOTION TO EXTEND DEADLINES TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR <u>SUMMARY JUDGEMENT</u>** |

Plaintiff DARRIN JAMES TIERNAN, on behalf of himself and others similarly situated, respectfully requests that the Court enter an Order extending the deadlines to file opposition papers to Defendant's motion for summary judgement by a period of twenty-one (21) days. In support of the Motion, Plaintiff states as follows:

1.     Plaintiff filed this Complaint on May 16, 2025 [Dkt. No. 1]. Defendant NATIONAL CARRIERS, INC. ("Defendant") answered Plaintiff's Complaint on July 10, 2025 [Dkt. No. 18].

2.     On October 26, 2025 the Court entered the Scheduling Order [Dkt. No. 24]. The Scheduling Order set the following deadlines:

   a.  Motion for Collective Class Action Certification: March 27, 2026

   b.  Responses to Plaintiffs' Motion for Collective Class Action Certification: April 17, 2026

   c.  Replies in support of Plaintiffs' Motion for Collective Class Action Certification: May 1, 2026

   d.  Dispositive Motions: May 15, 2026

   e.  Phase I Discovery: February 27, 2026

1

3.    Defendant timely filed its motion for summary judgment following its unopposed motion for an extension of time.

4.    Plaintiff needs an extension of time to oppose the motion given his litigation calendar as further discussed below.

5.    Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides trial courts with the authority to extend time periods upon a showing of good cause.  See Fed. R. Civ. P. 6(b)(1)(A).

6.    As an initial matter, the current deadline for Plaintiff's opposition papers falls on Friday, July 3, 2026, which is a recognized federal holiday.

7.    As a result, the deadline to oppose is automatically extended to Monday, July 6, 2026.  See Fed. R. Civ. P. 6(a)(1)(C).

8.    Good cause exists to extend the deadline as Plaintiff has diligently prosecuted this case and additional time is required to adequately prepare a response.

9.    This is because your undersigned's litigation schedule prevented him from being sooner able to prepare a response, due to the following appearances and deadlines

    a.    June 15, 2026 trial before the Superior Court of the State of New Jersey, Bergen County;

    b.    June 22, 2026 appearance for a motion hearing before the Hon. James R. Cho, U.S.M.J. ("Judge Cho") of the Untied States District Court for the Eastern District of New York ("EDNY");

    c.    June 23, 2026 mediation before the New York State Department of Labor;

    d.    June 24, 2026 sentencing before the Hon. Margo K. Brodie, Chief U.S.D.J. for the EDNY;

e. June 24, 2026 settlement conference before Judge Cho of the EDNY;

f. June 25, 2026 deposition in a matter before the United States Merit Systems Protection Board;

g. June 29, 2026 appearance before the Civil Court of the City of New York, Queens County;

h. June 30, 2026 appearance before the Supreme Court of the State of New York, Queens County ("Queens County Supreme Court") for a motion hearing;

i. June 30, 2026 appearance before the Queens County Supreme Court for a trial scheduling conference;

j. June 30, 2026 virtual appearance before the Supreme Court of the State of New York, New York County ("New York County Supreme Court") for a status conference;

k. June 30, 2026 appearance before the Hon. Gary R. Brown, U.S.D.J. of the EDNY for a motion hearing;

l. July 1, 2026 virtual appearance before the New York County Supreme Court for a scheduling conference; and

m. July 2, 2026 virtual appearance before the United States District Court for the Eastern District of Virginia for a motion hearing.

10. The foregoing matters took substantial time to prepare for and conduct, and also required significant travel time, such that your undersigned was unable to sooner finalize his opposition papers to the Defendant's motion for summary judgment.

11. This motion is not filed for any improper purpose and is not requested for delay.

12.     Additionally, Plaintiff does not anticipate any additional extensions will be necessary from the Court.

13.     Further, none of the parties will be prejudiced by an extension of these deadlines.

14.     Pursuant to Local Rule 3.08, Plaintiff's counsel certifies that he has conferred with Defendant regarding extending deadline.

15.     Defendant does not oppose the requested extension.

16.     WHEREFORE, Plaintiff respectfully request that this Motion be granted, and the Court issue an Order extending deadline to file a opposition to summary judgement in this case by 21 days.

Dated: Flushing, New York
     July 3, 2026

**CONSUMER ATTORNEYS PLLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Admitted pro hac vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*/s/ Moshe O. Boroosan*
Moshe O. Boroosan, NY Bar No. 5429915
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 887-2926
Fax: (718) 715-1750
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Darrin James Tiernan on behalf of himself*
*and others similarly situated*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2026, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Emanuel Kataev, Esq.*